FILED
OCT 21 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) No.
KENVONTAY GAILES, )
and )
COURTNEI EDWARDS, ) **4:26CR00505- MTS RHH**
)
Defendants. )

## INDICTMENT

The Grand Jury charges that, at all times relevant to the Indictment:

**COUNTS 1 THROUGH 3**
**(18 U.S.C. § 1708 and § 2: Theft of Mail)**

On or about the dates listed below, within the Eastern District of Missouri, the defendants,

**KENVONTAY GAILES,**
**and**
**COURTNEI EDWARDS,**

did steal, take, and abstract, and attempted to steal, take, and abstract, mail from and out of an authorized depository for mail matter, namely, a USPS collection box in or around St. Louis County, Missouri at the location described below for each count, each USPS collection box constituting a separate count:

| Count | Date | Location |
|---|---|---|
| 1 | May 24, 2026 | A USPS collection box located at 1015 Grupp Rd, Des Peres, Missouri, 63131. |
| 2 | May 25, 2026 | A USPS collection box located at 225 Saint Louis Ave., Ferguson, Missouri 63135. |
| 3 | May 25, 2026 | A USPS collection box located at 7217 Watson Rd, Shrewsbury, Missouri 63119. |

In violation of Title 18, United States Code, Section 1708 and 2.

## FORFEITURE ALLEGATION

The Grand Jury further alleges there is probable cause that:

1. The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), all property constituting, and derived from, and traceable to, proceeds obtained, directly or indirectly, as a result of defendant's violations of Title 18, United States Code, Sections 1708.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

______________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

______________________________
JOLENE TAAFFE #56946MO
Special Assistant United States Attorney